IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| WILLIAM RICKS,<br><br>    Plaintiff<br><br>v.<br><br>THE OHIO STATE UNIVERSITY, et al.,<br><br>    Defendants | CASE NO.    2:25-CV-00970<br>District Judge Algenon L. Marbley<br><br>Magistrate Judge Jolson<br><br>**PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE (NOT TO TERMINATE CASE)** |

Now comes Plaintiff William Ricks, by and through counsel undersigned, hereby dismisses his claims against Defendant WWE in Counts VII, VII, and IX, without prejudice, pursuant to Civil Rule 41(A). Plaintiff is still pursuing his claims against the remaining Defendants, including but not limited to Defendant UMR. Plaintiff has filed a separate, concurrent, action in the Court of Claims against The Ohio State University and CASE Defendants

                                          Respectfully submitted,

                                          ***/s/ Joel A. Buckley***
                                          Joel A. Buckley (0099278)
                                          Monica L. Carson (0098652)
                                          Michael S. Kahan (0090864)
                                          Jones Kahan Law LLC
                                          2321 Kemper Lane
                                          Cincinnati, OH 45206
                                          Jbuckley@jklawoffices.com
                                          Mkahan@jklawoffices.com
                                          Djones@jklawoffices.com
                                          (513)-813-4000
                                          (888)-447-1859
                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the within filing has been mailed and/or emailed to the following counsel of record this 31st day of December, 2025:

Ashley A. Barbone, Esq.
Assistant Attorney General
Ohio Attorney General's Office
Education Section
30 East Broad Street, 16th Floor
Columbus, OH 43215
Telephone: (614) 644-7250
Facsimile: (614) 644-7634
Ashley.Barbone@OhioAGO.gov
*Counsel for The Ohio State University*

World Wrestling Entertainment, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

UMR, Inc.
c/o The Corporation Trust Company
1209 Orange St. Corp. Trust Center
Wilmington, DE 19801

                                                  ***/s/ Joel A. Buckley***
                                                  Joel A. Buckley (0099278)
                                                  Attorney for Plaintiff